IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES McDOWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv3-MHT |
| | ) | (WO) |
| MASSEY AUTO, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is ORDERED that the voir dire objection (doc. no. 58) is subject to briefing and resolution as set forth in the court's order of July 27, 2017 (doc. no. 50).

DONE, this the 7th day of August, 2017.

                        /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**