IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES McDOWELL, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:16cv3-MHT (WO) |
| MASSEY AUTO, | ) ) | |
| Defendant. | ) | |

## JUDGMENT

On the 22nd day of August, 2017, after this cause had been submitted to a jury, a verdict was returned as follows:

(1) We, the Jury, unanimously find that plaintiff James McDowell has proved, by a preponderance of the evidence, each element of the claim of age discrimination in connection with his termination by defendant Massey Auto.

    ___ Yes
    √   No

\* \* \*

So say we all, this the 22nd day of August, 2017.

                                      /s/ Richard Keith
                                          FOREPERSON

It is therefore the ORDER, JUDGMENT, and DECREE of the court that judgment is entered in favor of defendant Massey Auto and against plaintiff James McDowell, with plaintiff McDowell taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff McDowell, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 23rd day of August, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE