IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES McDOWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv3-MHT |
| | ) | (WO) |
| MASSEY AUTO, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Upon consideration of plaintiff's objection to defendant's bill of costs, it is ORDERED that the objection (doc. no. 99) is overruled. Plaintiff objected solely on the basis that no itemization of costs was provided; however, to the contrary, the defendant did attach proper itemization to the bill of costs (doc. no. 93).

DONE, this the 1st day of November, 2017.

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**